

**UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

**Paul W. Kisslinger**
Assistant Chief Litigation Counsel

Telephone (202) 551-4427
Facsimile (202) 772-9292
*kisslingerp@sec.gov*

**DIVISION OF
ENFORCEMENT**

September 23, 2013

<u>**VIA ECF**</u>

Honorable Denise L. Cote
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

    Re:    *SEC v. Boock et al.,* 09 cv 8261 (DLC)

Dear Judge Cote:

    Attached please find executed settlement documents as to the SEC's claims against Defendant Nicollete Loisel: [1] Consent of Defendant Nicolette Loisel; and [2] proposed Final Judgment as to Nicolette Loisel.

    I have also submitted the proposed Final Judgment in Word format to the Orders and Judgments Clerk.

    Respectfully submitted,

    <u>/s/ Paul W. Kisslinger</u>

Cc:
By email to:
Irwin Boock
Nicolette D. Loisel
By UPS addressed to:
Roger L. Shoss, FCI Fort Worth
P.O. Box 1530
Fort Worth, TX 76119