Irwin Boock
500 Hidden Trail
Toronto, Ontario
M2R 3R8

2018 MAR 20  PM 10: 24

March 12, 2018

Honourable Denise Cote
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Dear Judge Cote:

**RE: SEC v. Boock et al 09-cv-8261 (DLC)**

I am writing this letter to inform you that I do not understand your reasoning behind turning down our motion for re-consideration based on time.

I cannot believe that you are not aware that we are acting Pro Se and do not have access to electronic filing. Your order of January 22nd, 2018 arrived in the mail on February 1, 2018, so we did not have the requisite 14 days notice required for filing.

But this falls into line with the Court's bias behaviour towards the Boocks since day 1 of this action.

Examples of the Courts prejudicial behaviour towards the Boocks include the time Justin Chretien filed documentation stating that Irwin Boock wired hundreds of thousands of dollars to offshore accounts and the proof was in the bank account records of Irwin Boock that the SEC had submitted as disclosure.

I replied that this was an utter fabrication and that the disclosure provided by the SEC was evidence that it was a fabrication.

The Court simply ignored the fact that the Plaintiff had lied.

Perhaps the most egregious example of the Court's prejudicial behaviour towards the Boocks is exemplified by the request asked of Mrs. Boock to submit her bank account records which she did.

But not before the Plaintiff through their Canadian attorney submitted not one but two affidavits the second to correct errors in the first.

The affidavits indicated the the Boocks had interfered with the release of the bank account records from Scotiabank.

A letter submitted to the Court from Scotiabank indicated that the second affidavit was wrong. In effect the Plaintiff through their Canadian attorney had committed perjury.

Further to this, the former assistant manger that the Plaintiffs Canadian attorney spoke to is prepared to testify that the second affidavit is not true

The Court's reaction, ignore the Boocks.

It is my intent to seek all possible legal remedies to rectify the prejudicial behaviour of the Court towards the Boocks

..
Yours truly,

Irwin Boock


C.C. Sent By mail to Steven Peikin
Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549

